B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **Metropolitan Coffee and Concession Company, LLC**  Case No. **14-44242**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bay Area Rapid Transit District** Attn: Gary Sue 300 Lakeside Dr., 22nd Fl. Oakland, CA 94612 | **Bay Area Rapid Transit District** Attn: Gary Sue 300 Lakeside Dr., 22nd Fl. Oakland, CA 94612 | **Percentage Rent- Station Retail Permit 232** | **Disputed** | 452,156.10 |
| **Bitterroot, LLC** c/o Donald Tibbetts 9245 Peaceful Valley Rd. Colorado Springs, CO 80925 | **Bitterroot, LLC** c/o Donald Tibbetts 9245 Peaceful Valley Rd. Colorado Springs, CO 80925 | **Debenture debt.** | | 123,219.10 |
| **Erik Erlendsson Separate Property Trust** 1763 South Point Dr. Bonita, CA 91902 | **Erik Erlendsson Separate Property Trust** 1763 South Point Dr. Bonita, CA 91902 | **Debenture debt.** | | 177,367.18 |
| **Gloria J. Templin IRA** c/o Altus Capital Opportunity Fund, LP 8880 Rio San Diego Dr., Suite 500 San Diego, CA 92108 | **Gloria J. Templin IRA** c/o Altus Capital Opportunity Fund, LP 8880 Rio San Diego Dr., Suite 500 San Diego, CA 92108 | **Debenture debt.** | | 157,512.34 |
| **Heritage Financial Investments, LLC** c/o James DeCristofaro DeCristofaro Law 260 W. 26th St., Suite 7Q New York, NY 10001 | **Heritage Financial Investments, LLC** c/o James DeCristofaro DeCristofaro Law 260 W. 26th St., Suite 7Q New York, NY 10001 | **Funds paid.** | **Disputed** | 1,503,123.58 |
| **Internal Revenue Service** Ogden, UT 84201-0030 | **Internal Revenue Service** Ogden, UT 84201-0030 | **Income taxes.** | | 116,094.09 |
| **Lakeshore Partners, LLC** Attn: Tom Peterson 780 West Grand Ave. Oakland, CA 94612 | **Lakeshore Partners, LLC** Attn: Tom Peterson 780 West Grand Ave. Oakland, CA 94612 | **Funds paid.** | **Disputed** | 585,000.00 |
| **Lamb 1997 Family Trust** 4156 Buckingham Dr. Danville, CA 94506 | **Lamb 1997 Family Trust** 4156 Buckingham Dr. Danville, CA 94506 | **Debenture debt.** | | 169,109.52 |
| **Larraine Decker Trust** 10 Elizabeth Ln. Danville, CA 94526 | **Larraine Decker Trust** 10 Elizabeth Ln. Danville, CA 94526 | **Debenture debt.** | | 354,041.07 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Larry Krepps IRA** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Larry Krepps IRA** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Debenture debt.** | | 112,502.46 |
| **Llewellyn Baxter** **c/o Millennium Trust Company** **2001 Spring Rd., Suite 700** **Oak Brook, IL 60523** | **Llewellyn Baxter** **c/o Millennium Trust Company** **2001 Spring Rd., Suite 700** **Oak Brook, IL 60523** | **Debenture debt.** | | 144,086.39 |
| **Mark and Renee Cooper Living Trust** **750 Beatty Ct.** **El Dorado Hills, CA 95762** | **Mark and Renee Cooper Living Trust** **750 Beatty Ct.** **El Dorado Hills, CA 95762** | **Debenture debt.** | | 111,678.04 |
| **Michael Latham** **400 Howard St.** **San Francisco, CA 94105** | **Michael Latham** **400 Howard St.** **San Francisco, CA 94105** | **Debenture debt.** | | 334,817.60 |
| **Robert D. Nestor** **1 Firethorn Ln.** **Malvern, PA 19355** | **Robert D. Nestor** **1 Firethorn Ln.** **Malvern, PA 19355** | **Debenture debt.** | | 111,678.04 |
| **Rusty Guerra** **2095 Pheasant Hill Lane** **Auburn, CA 95602** | **Rusty Guerra** **2095 Pheasant Hill Lane** **Auburn, CA 95602** | **Debenture debt.** | | 123,219.10 |
| **Steven King** **c/o Pensco Trust Company** **717 17th Street, Suite 2200** **Denver, CO 80202** | **Steven King** **c/o Pensco Trust Company** **717 17th Street, Suite 2200** **Denver, CO 80202** | **Debenture debt.** | | 111,678.04 |
| **Steven Thornton** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Steven Thornton** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Debenture debt.** | | 128,662.00 |
| **Stewart Family Trust** **Ed and Jean Stewart, Trustees** **5630 Starfish Pl.** **Discovery Bay, CA 94505** | **Stewart Family Trust** **Ed and Jean Stewart, Trustees** **5630 Starfish Pl.** **Discovery Bay, CA 94505** | **Debenture debt.** | | 111,678.04 |
| **Suri Oberoi Trust** **20 Camille P.** **Alamo, CA 94507** | **Suri Oberoi Trust** **20 Camille P.** **Alamo, CA 94507** | **Debenture debt.** | | 111,678.04 |
| **Tri-City Emergency Medical Group Retirement Trust BO: W. Byron Mitchell** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Tri-City Emergency Medical Group Retirement Trust BO: W. Byron Mitchell** **c/o Altus Capital Opportunity Fund, LP** **8880 Rio San Diego Dr., Suite 500** **San Diego, CA 92108** | **Debenture debt.** | | 169,739.28 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 4, 2014**                              Signature  **/s/ Harry R. Kraatz**
                                                                   **Harry R. Kraatz**
                                                                   **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.