GREGORY A. ROUGEAU (194437)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 692-5200
Facsimile: (415) 263-9200
e-mail: grougeau@diamondmccarthy.com

Counsel for Debtor-in-Possession
METROPOLITAN COFFEE AND CONCESSION COMPANY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN COFFEE AND CONCESSION COMPANY, LLC<br><br>Debtor. | Case No. 14-44242<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR METROPOLITAN COFFEE AND CONCESSION COMPANY, LLC'S MOTION TO CONVERT CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7**<br><br>Date: August 20, 2015<br>Time: 10:30 a.m.<br>Place: Courtroom 215<br>Judge: Hon. Charles Novack |

**TO: ALL CREDITORS AND PARTIES IN INTEREST, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that on **August 20, 2015, at 10:30 a.m.,** a hearing will be conducted before the Honorable Charles Novack, United States Bankruptcy Court Judge, in Courtroom 215 (Second Floor) of the United States Bankruptcy Court for the Northern District of California (Oakland Division), located at 1300 Clay Street, Oakland, California 94612, on the Motion To Convert Chapter 11 Case To A Case Under Chapter 7 (the "Motion") filed by METROPOLITAN COFFEE AND CONCESSION COMPANY, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case.

1
NOTICE OF HEARING RE: MOTION TO CONVERT CHAPTER 11 CASE
Case: 14-44242    Doc# 142    Filed: 07/31/15    Entered: 07/31/15 11:57:17    Page 1 of 2

The Motion is being served concurrently with this Notice. The grounds for the Motion are that the Debtor has sold most of its assets in this Chapter 11, and that given the time and expense associated with a liquidating Chapter 11 plan formulation and confirmation, the liquidation estate should be administered by a Chapter 7 Trustee.

Any opposition to the requested relief shall be filed and served upon the Debtor, through counsel, no less than 7 days before the actual scheduled hearing date.

Dated: July 31, 2015                                           DIAMOND McCARTHY LLP


By:    */s/ Gregory A. Rougeau*
       Gregory A. Rougeau
       Attorneys for Debtor in Possession
       METROPOLITAN COFFEE AND
       CONCESSION COMPANY, LLC