# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:  Metropolitan Coffee and Concession Company, LLC  §  Case No. 4:14-bk-44242
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

     Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $46,511.59 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $103,392.52 | |

     3) Total gross receipts of $149,904.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $149,904.11 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 1,802,407.57 | 634,144.09 | 46,511.59 | 46,511.59 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 64,432.52 | 67,115.93 | 67,115.93 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 9,352.10 | 380,245.84 | 345,028.10 | 36,276.59 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 19,795.33 | 196,213.92 | 182,439.39 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,920,464.13 | 1,994,906.46 | 2,066,448.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$10,752,019.13** | **$3,269,942.83** | **$2,707,543.79** | **$149,904.11** |

    4) This case was originally filed under Chapter 11 on 10/20/2014 and it was converted to Chapter 7 on 08/26/2015. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2017    By: /s/ Paul J Mansdorf
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ASSETS REMAINING ON CONVERSION | 1129-000 | 15,000.00 |
| DIP Accounts | 1290-010 | 134,904.11 |
| **TOTAL GROSS RECEIPTS** | | **$149,904.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Contra Costa County | 4110-000 | 854.78 | 2,655.58 | 0.00 | 0.00 |
| 12 | Alameda County Tax Collector | 4110-000 | 0.00 | 804.99 | 0.00 | 0.00 |
| 14 | Beach Technologies Profit Sharing Plan | 4110-000 | 0.00 | 69,191.00 | 0.00 | 0.00 |
| 15 | Beach Technologies Profit Sharing Plan | 4110-000 | 0.00 | 37,191.00 | 0.00 | 0.00 |
| 16 | Strategic Funding Source, Inc. | 4110-000 | 199,730.12 | 210,506.10 | 0.00 | 0.00 |
| 40 | John Paterick | 4110-000 | 86,766.95 | 50,000.00 | 0.00 | 0.00 |
| 41 | Virginia Sarabia | 4110-000 | 0.00 | 53,698.19 | 0.00 | 0.00 |
| 48 | City & County of San Francisco | 4110-000 | 0.00 | 3,138.64 | 0.00 | 0.00 |
| 63 | Roger Reiss - Reiss Family Trust | 4110-000 | 0.00 | 160,447.00 | 0.00 | 0.00 |
| NOTFILED | Corporation Service Company As Representative | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | L.A. Commercial Group, INC | 4210-000 | 13,145.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | See Attachment D1 | 4210-000 | 1,378,403.09 | 0.00 | 0.00 | 0.00 |
| | Clerk, U.S. Bankruptcy Court | 4210-000 | N/A | 46,511.59 | 46,511.59 | 46,511.59 |
| NOTFILED | Internal Revenue Service | 4300-000 | 116,094.09 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Office of the Treasurer/Tax Collector | 4800-000 | 5,669.23 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | California State Board of Equalization | 4800-000 | 1,744.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | **$1,802,407.57** | **$634,144.09** | **$46,511.59** | **$46,511.59** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 10,745.21 | 10,745.21 | 10,745.21 |
| Paul J Mansdorf | 2200-000 | N/A | 57.88 | 57.88 | 57.88 |
| SHIER KATZ LLP | 3210-000 | N/A | 8,091.00 | 8,091.00 | 8,091.00 |
| SHIER KATZ LLP | 3210-000 | N/A | 20,619.00 | 20,619.00 | 20,619.00 |
| SHIER KATZ LLP | 3220-000 | N/A | 462.29 | 462.29 | 462.29 |
| SHIER KATZ LLP | 3220-000 | N/A | 337.15 | 337.15 | 337.15 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 17,585.50 | 17,585.50 | 17,585.50 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 1,273.72 | 1,273.72 | 1,273.72 |
| Office of the United States Trustee | 2950-000 | N/A | 5,200.00 | 5,200.00 | 5,200.00 |
| International Sureties, LTD. | 2300-000 | N/A | 60.77 | 60.77 | 60.77 |
| Signature Bank | 2600-000 | N/A | 0.00 | 1,820.10 | 1,820.10 |
| FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 0.00 | 863.31 | 863.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$64,432.52** | **$67,115.93** | **$67,115.93** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Diamond McCarthy LLP | 6210-000 | N/A | 228,945.00 | 228,945.00 | 24,071.51 |
| Diamond McCarthy LLP | 6220-000 | N/A | 8,127.50 | 8,127.50 | 854.53 |
| Harry R. Kraatz | 6990-000 | N/A | 30,250.00 | 0.00 | 0.00 |
| Franchise Tax Board | 6820-000 | N/A | 18,568.04 | 18,568.04 | 1,952.26 |
| Peet's Operating Company, Inc. | 6910-000 | N/A | 16,034.68 | 16,034.68 | 1,685.90 |
| Sunrise Food Dist. Inc. | 6910-000 | N/A | 5,771.44 | 5,771.44 | 606.81 |
| Dan Knox Consulting | 6910-000 | N/A | 1,987.32 | 1,987.32 | 208.95 |
| Raison d'Etre | 6910-000 | N/A | 2,943.27 | 2,943.27 | 309.46 |
| Sweet Sue's Bakery | 6910-000 | N/A | 10,345.41 | 10,345.41 | 1,087.73 |
| Sunrise Food Distributors, Inc. | 6910-000 | N/A | 5,771.44 | 5,771.44 | 606.81 |
| Espresso Roma | 6920-000 | N/A | 4,967.74 | 0.00 | 0.00 |
| San Francisco Bay Area Rapid Transit District | 6920-000 | N/A | 40,177.00 | 40,177.00 | 4,224.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Blue Shield of California | 6950-000 | N/A | 6,357.00 | 6,357.00 | 668.38 |
| | **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | **N/A** | **$380,245.84** | **$345,028.10** | **$36,276.59** | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franchise Tax Board | 5800-000 | 5,385.96 | 5,204.16 | 5,204.16 | 0.00 |
| 5 | Department of the Treasury | 5800-000 | 0.00 | 70,807.59 | 70,807.59 | 0.00 |
| 11 | Alameda County Tax Collector | 5800-000 | 641.71 | 641.71 | 641.71 | 0.00 |
| 42 | Millenium Trust Co. LLC Custodian FBO Ronald Smith | 5400-000 | 0.00 | 84,543.88 | 84,543.88 | 0.00 |
| 44 | Employment Development Department | 5800-000 | 13,767.66 | 12,112.28 | 12,112.28 | 0.00 |
| 45 | Employment Development Department | 5800-000 | 0.00 | 13,774.53 | 0.00 | 0.00 |
| 49 | City & County of San Francisco | 5800-000 | 0.00 | 8,114.19 | 8,114.19 | 0.00 |
| 50 | Alameda County Tax Collector | 5800-000 | 0.00 | 1,015.58 | 1,015.58 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$19,795.33** | **$196,213.92** | **$182,439.39** | **$0.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Il Fornaio | 7100-000 | 10,098.59 | 13,145.31 | 13,145.31 | 0.00 |
| 2 | Franchise Tax Board | 7100-000 | 0.00 | 1,128.09 | 1,128.09 | 0.00 |
| 3 | Brian J. Black | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | Brian J. Black | 7100-000 | 33,554.16 | 27,000.00 | 27,000.00 | 0.00 |
| 5 | Department of the Treasury | 7100-000 | 0.00 | 19,169.82 | 19,169.82 | 0.00 |
| 6 | Sunrise Food Distributors, Inc. | 7100-000 | 46,546.15 | 46,968.35 | 46,968.35 | 0.00 |
| 7 | Pacific Gas and Electric Company | 7100-000 | 0.00 | 1,067.98 | 1,067.98 | 0.00 |
| 8 | Paymentech, LLC | 7100-000 | 0.00 | 1.00 | 1.00 | 0.00 |
| 9 | Arup North America Ltd. | 7100-000 | 4,790.00 | 5,061.67 | 5,061.67 | 0.00 |
| 10 | Contra Costa County | 7100-000 | 41.05 | 0.00 | 0.00 | 0.00 |
| 13 | Civic Center Coffee, LLC | 7100-000 | 0.00 | 585,000.00 | 585,000.00 | 0.00 |
| 14 | Beach Technologies Profit Sharing Plan | 7100-000 | 50,000.00 | 35,788.00 | 35,788.00 | 0.00 |
| 14 | Beach Technologies Profit Sharing Plan | 7100-000 | 44,520.56 | 0.00 | 0.00 | 0.00 |
| 14 | Beach Technologies Profit Sharing Plan | 7100-000 | 66,780.84 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Beach Technologies Profit Sharing Plan | 7100-000 | 0.00 | 18,128.00 | 18,128.00 | 0.00 |
| 17 | Lamb 1997 Family Trust | 7100-000 | 169,109.52 | 169,109.52 | 169,109.52 | 0.00 |
| 18 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 5,527.29 | 5,527.29 | 0.00 |
| 19 | Millennium Trust Co LLC | 7100-000 | 0.00 | 122,057.97 | 122,057.97 | 0.00 |
| 20 | Brinks, Incorporated | 7100-000 | 30,540.86 | 31,834.26 | 31,834.26 | 0.00 |
| 21 | Helen A. Wong | 7100-000 | 42,551.08 | 13,007.65 | 13,007.65 | 0.00 |
| 21 | Helen A. Wong | 7100-000 | 0.00 | 25,000.00 | 25,000.00 | 0.00 |
| 22 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 57,751.07 | 57,751.07 | 0.00 |
| 23 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 606.77 | 606.77 | 0.00 |
| 24 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 2,074.60 | 2,074.60 | 0.00 |
| 25 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 40,295.85 | 40,295.85 | 0.00 |
| 26 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 38,640.14 | 38,640.14 | 0.00 |
| 27 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 1,728.84 | 1,728.84 | 0.00 |
| 28 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 37,054.09 | 37,054.09 | 0.00 |
| 29 | Orlando & Kim Tolbert | 7100-000 | 0.00 | 25,000.00 | 25,000.00 | 0.00 |
| 30 | Millennium Trust Co. LLC Custodian FBO Bonnie Acos | 7100-000 | 102,122.59 | 90,665.60 | 90,665.60 | 0.00 |
| 31 | The Bruggema Family Trust Dtd 1/28/04 | 7100-000 | 90,504.06 | 90,504.06 | 90,504.06 | 0.00 |
| 32 | Millennium Trust Co. LLC Custodian FBO Robert Brug | 7100-000 | 106,565.74 | 106,565.74 | 106,565.74 | 0.00 |
| 33 | Peet's Operating Company, Inc. | 7100-000 | 18,624.34 | 120,985.04 | 120,985.04 | 0.00 |
| 34 | Millennium Trust Co. LLC | 7100-000 | 0.00 | 1,728.84 | 25,000.00 | 0.00 |
| 35 | Ronald F. Smith | 7100-000 | 58,765.57 | 0.00 | 25,000.00 | 0.00 |
| 36 | Robert Baker | 7100-000 | 0.00 | 1,728.84 | 25,000.00 | 0.00 |
| 37 | Gary Anderberg | 7100-000 | 0.00 | 65,456.37 | 65,456.37 | 0.00 |
| 38 | Gary Anderberg | 7100-000 | 0.00 | 2,593.25 | 2,593.25 | 0.00 |
| 39 | Linda A. Sweeney | 7100-000 | 89,686.93 | 75,975.28 | 75,975.28 | 0.00 |
| 41 | Virginia Sarabia | 7100-000 | 51,078.73 | 0.00 | 0.00 | 0.00 |
| 43 | Raison d'Etre | 7100-000 | 20,363.48 | 20,344.94 | 20,344.94 | 0.00 |
| 44 | Employment Development Department | 7100-000 | 0.00 | 1,662.25 | 1,662.25 | 0.00 |
| 46 | Millennium Trust Co LLC | 7100-000 | 0.00 | 86,235.97 | 86,235.97 | 0.00 |
| 47 | Pan-O-Rama Bakery | 7200-000 | 8,557.18 | 8,314.01 | 8,314.01 | 0.00 |
| 48 | City & County of San Francisco | 7100-000 | 898.96 | 0.00 | 0.00 | 0.00 |
| 52 | Dan Knox Consulting | 7100-000 | 2,700.34 | 0.00 | 0.00 | 0.00 |
| 61 | San Francisco Bay Area Rapid Transit District | 7100-000 | 452,156.10 | 0.00 | 0.00 | 0.00 |
| 61 | San Francisco Bay Area Rapid Transit District | 7100-000 | 92,621.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | San Francisco Bay Area Rapid Transit District | 7100-000 | 42,415.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wild Card Roasters, LLC | 7100-000 | 225.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wilford Byron Mitchell, Jr. IRA | 7100-000 | 22,066.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Burnett- Roth IRA | 7100-000 | 42,870.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Burnett- Roth IRA | 7100-000 | 25,722.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Xerox Corporation | 7100-000 | 2,064.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yvonne's Southern Sweets | 7100-000 | 43.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bitterroot, LLC | 7100-000 | 123,219.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bon Air Services, Inc. | 7100-000 | 4,694.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bruce J. Staniforth IRA | 7100-000 | 50,921.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Burl J. Walker/ Beatrice C. Walker Trust | 7100-000 | 100,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Caftec | 7100-000 | 1,076.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Charles Dunn Real Estate Services | 7100-000 | 23,288.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Daniel Whiting | 7100-000 | 111,301.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | David Castorena | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Douglas B. Merz Tut BT 7/28/2008 | 7100-000 | 107,330.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | East Bay Cash Register, Inc. | 7100-000 | 2,699.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | East Bay Cash Register, Inc. | 7100-000 | 280.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eric & Gina Anderson Family Trust | 7100-000 | 79,870.12 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Erik Erlendsson Separate Property Trust | 7100-000 | 177,367.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fannie S. Makinson 1992 Trust | 7100-000 | 91,628.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fred J. Serrano IRA | 7100-000 | 27,910.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Georgopoulos & Economides, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gloria J. Templin IRA | 7100-000 | 157,512.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gregory E. Woken IRA | 7100-000 | 59,865.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Heritage Financial Investments, LLC | 7100-000 | 1,503,123.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jack W. Wynne IRA | 7100-000 | 39,634.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jacqueline Van Dyne | 7100-000 | 86,776.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | James Quiring IRA | 7100-000 | 89,656.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jennifer D. Moore | 7100-000 | 62,735.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | John E. Cunningham IRA | 7100-000 | 92,932.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | John E. Cunningham IRA | 7100-000 | 84,409.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | John Todd | 7100-000 | 23,602.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Johnson Family Trust | 7100-000 | 80,033.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Johnson Family Trust | 7100-000 | 19,105.58 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | KelKris Associates, Inc. | 7100-000 | 5,872.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kimberly Daniel IRA | 7100-000 | 76,189.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lakeshore Partners, LLC | 7100-000 | 585,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Larraine Decker Trust | 7100-000 | 354,041.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Larry Krepps | 7100-000 | 119,465.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Larry Krepps | 7100-000 | 35,032.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laura Hanten IRA | 7100-000 | 26,860.19 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Llewellyn Baxter | 7100-000 | 144,086.39 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lucy Donahue IRA | 7100-000 | 48,216.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark and Renee Cooper Living Trust | 7100-000 | 111,678.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark and Sharon Jacobson Rev. Fam. Trust | 7100-000 | 32,778.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark and Sharon Jacobson Rev. Fam. Trust | 7100-000 | 16,849.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Michael Duane and Annetta Wilson | 7100-000 | 50,142.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Michael Latham | 7100-000 | 334,817.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nancy Dickson | 7100-000 | 108,071.33 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nancy Mitchell IRA | 7100-000 | 20,368.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NCR Hospitality Northern California | 7100-000 | 433.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NLYH, LLC | 7100-000 | 40,116.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Orkin Pest Control | 7100-000 | 375.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pacific Produce | 7100-000 | 874.77 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patrick Goggin | 7100-000 | 592.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Peet's Coffee & Tea | 7100-000 | 71,818.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phillip R. Thomas IRA | 7100-000 | 92,038.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Recology Golden Gate | 7100-000 | 1,831.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert D. Nestor | 7100-000 | 111,678.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert M. Knight EBP | 7100-000 | 89,009.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert Mueting | 7100-000 | 45,180.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ronald Kontos | 7100-000 | 39,236.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ronnie L. Bruce | 7100-000 | 72,547.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rusty Guerra | 7100-000 | 123,219.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stephen R. Wood | 7100-000 | 84,630.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Steven King | 7100-000 | 111,678.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Steven Thornton | 7100-000 | 128,662.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stewart Family Trust | 7100-000 | 111,678.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stewart Heating & Air Conditioning | 7100-000 | 644.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Suri Oberoi Trust | 7100-000 | 111,678.04 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Susan Antonucci | 7100-000 | 54,680.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Terry Thomas | 7100-000 | 37,592.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Box Lunch Company | 7100-000 | 314.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Total Wealth Management, Inc. | 7100-000 | 274,249.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tri-City Emergency Medical Group | 7100-000 | 169,739.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Venetia A. Pica | 7100-000 | 16.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 493.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blanca Lozada Hernandez | 7100-000 | 190.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Brian Trousdale | 7100-000 | 235.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Charles Yoakum | 7100-000 | 34.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Christina Rivera | 7100-000 | 359.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Christopher Clahr | 7100-000 | 233.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cui Chan Zhang | 7100-000 | 280.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dean Kisieu | 7100-000 | 3,282.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DeMonte Henderson | 7100-000 | 342.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dominique DeBerry | 7100-000 | 321.12 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Elom Cabral-Early | 7100-000 | 81.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Frank Bowden | 7100-000 | 103.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gabriela Perez | 7100-000 | 226.41 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grace Torres | 7100-000 | 2,227.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ivan Ackley | 7100-000 | 140.93 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jan Lester Balag | 7100-000 | 287.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Joel Sjostrom | 7100-000 | 5,177.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Keyana Cox | 7100-000 | 104.27 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laura Horsfall | 7100-000 | 431.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laura Palencia | 7100-000 | 319.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maria Corazon Panaligan | 7100-000 | 16.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mariana Ortiz | 7100-000 | 226.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Maricela Collazo | 7100-000 | 57.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mary Tiamzon-Lee | 7100-000 | 1,633.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Min Zhang | 7100-000 | 144.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miranda Coleman | 7100-000 | 62.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Napoleon Colorado | 7100-000 | 254.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Omar Kayed | 7100-000 | 221.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patricia Sanchez | 7100-000 | 320.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sean Lacson | 7100-000 | 812.64 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sierra Mayo | 7100-000 | 156.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Veronica Sanchez-Munoz | 7100-000 | 289.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yasmin Ramirez-Lima | 7100-000 | 115.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Youcef Benhaddad | 7100-000 | 4,141.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Albert Calderon | 7100-000 | 82,037.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Amernet | 7100-000 | 555.54 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Applegate Johnston | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aramark | 7100-000 | 153.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aramark | 7100-000 | 619.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ASi Administrative Solutions | 7100-000 | 178.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T. | 7100-000 | 142.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Atlas Plumbing | 7100-000 | 2,211.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AutoChlor | 7100-000 | 691.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AutoChlor | 7100-000 | 405.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AutoChlor | 7100-000 | 356.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Barbara and Breck Leath | 7100-000 | 31,237.04 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$8,920,464.13** | **$1,994,906.46** | **$2,066,448.78** | **$0.00** |

Exhibit 8

Page: 1

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case Number: | 14-44242 CN | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | Metropolitan Coffee and Concession Company, LLC | Filed (f) or Converted (c): | 08/26/15 (c) |
| | | §341(a) Meeting Date: | 09/30/15 |
| Period Ending: | 06/07/17 | Claims Bar Date: | 02/23/15 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DIP Accounts (u)<br>A portion was subject to a security interest and interplead with court | 0.00 | 134,904.11 | | 134,904.11 | FA |
| 2 | ASSETS REMAINING ON CONVERSION<br>Assets remaining at time of conversion - sold in one lump sum. See Form 1 notes. Sale includes waiver of any Chapter 11 Administrative Claims by Espresso Roma and Harry R. Kraatz. (see footnote) | Unknown | Unknown | | 15,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$0.00** | **$134,904.11** | | **$149,904.11** | **$0.00** |

Regarding Property #2   The debtor's assets were substantially liquidated prior to conversion.  The trustee met with debtor's principal and debtor's counsel regarding the remaining assets.  The assets are specifically set forth in Exhibit A to the Agreement of Purchase and Sale attached to the Motion to Sell.  They include de minimis office equipment and furnishings, any and all intellectual property, and all rights the debtor had in the ATMs in 2 BART stations.  All were sold in one lump sum.

**Major activities affecting case closing:**

Admin claims bar, remaining assets sold (subject to notice/order), determination of secured interest in part of funds on hand
<4/18/2016, 1:48:07 PM> AP (interpleader) on funds pending <6/29/2016, 10:14:02 AM> interpleader order entered w/funds disbursed.  - Final claims review/TFR <9/27/2016, 1:51:27 PM> still awaiting admin 11 fee app of debtor's counsel. <12/19/2016, 4:28:30 PM>  awaiting TFR hearing <4/18/2017, 1:47:18 PM> TDR after checks clear

**Initial Projected Date of Final Report (TFR):**   December 15, 2016          **Current Projected Date of Final Report (TFR):**   December 08, 2016 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |
|---|---|
| **Case Number:** | 14-44242 CN |
| **Case Name:** | Metropolitan Coffee and Concession Company, LLC |
| **Taxpayer ID#:** | **-***7775 |
| **Period Ending:** | 06/07/17 |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Signature Bank |
| **Account:** | ******5150 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/15 | Asset #1 | Wells Fargo Bank | DIP proceeds | 1290-010 | 67,237.69 | | 67,237.69 |
| 09/03/15 | Asset #1 | Wells Fargo Bank | DIP proceeds | 1290-010 | 1.21 | | 67,238.90 |
| 09/03/15 | Asset #1 | Wells Fargo Bank | DIP Proceeds | 1290-010 | 0.65 | | 67,239.55 |
| 09/03/15 | Asset #1 | Wells Fargo Bank | DIP proceeds | 1290-010 | 71.68 | | 67,311.23 |
| 09/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 71.00 | 67,240.23 |
| 10/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 96.71 | 67,143.52 |
| 11/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 99.80 | 67,043.72 |
| 12/11/15 | Asset #2 | HKSB LLC | | 1129-000 | 15,000.00 | | 82,043.72 |
| 12/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 114.03 | 81,929.69 |
| 01/19/16 | 1001 | International Sureties, LTD. | BOND PREMIUM FOR CASE #14-44242, Bond #016048574 | 2300-000 | | 60.77 | 81,868.92 |
| 01/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 113.61 | 81,755.31 |
| 02/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 113.36 | 81,641.95 |
| 03/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 128.83 | 81,513.12 |
| 04/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 113.03 | 81,400.09 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 124.55 | 81,275.54 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 116.58 | 81,158.96 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 112.54 | 81,046.42 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 164.42 | 80,882.00 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 149.17 | 80,732.83 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 153.86 | 80,578.97 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 148.61 | 80,430.36 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9
Page: 2

| | |
|---|---|
| Case Number: | 14-44242 CN |
| Case Name: | Metropolitan Coffee and Concession Company, LLC |
| Taxpayer ID#: | **-***7775 |
| Period Ending: | 06/07/17 |

| | |
|---|---|
| Trustee: | Paul J Mansdorf |
| Bank Name: | Signature Bank |
| Account: | ******5150 - Checking |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/17 | 1002 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No. 64; Stopped on 04/17/2017 | 2820-000 | | 863.31 | 79,567.05 |
| 01/17/17 | 1003 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000% | 3410-000 | | 17,585.50 | 61,981.55 |
| 01/17/17 | 1004 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000% | 3420-000 | | 1,273.72 | 60,707.83 |
| 01/17/17 | 1005 | Office of the United States Trustee | Dividend of 100.000000000%, Claim No. 62 | 2950-000 | | 5,200.00 | 55,507.83 |
| 01/17/17 | 1006 | Paul J Mansdorf | Dividend of 100.000000000% | 2200-000 | | 57.88 | 55,449.95 |
| 01/17/17 | 1007 | Paul J Mansdorf | Dividend of 100.000000000% | 2100-000 | | 10,745.21 | 44,704.74 |
| 01/17/17 | 1008 | SHIER KATZ LLP | Dividend of 100.000000000% | 3210-000 | | 8,091.00 | 36,613.74 |
| 01/17/17 | 1009 | SHIER KATZ LLP | Dividend of 100.000000000% | 3220-000 | | 337.15 | 36,276.59 |
| 01/17/17 | 1010 | Blue Shield of California | Dividend of 10.514097258%, Claim No. 60 | 6950-000 | | 668.38 | 35,608.21 |
| 01/17/17 | 1011 | Dan Knox Consulting | Dividend of 10.514097258%, Claim No. 52 | 6910-000 | | 208.95 | 35,399.26 |
| 01/17/17 | 1012 | Diamond McCarthy LLP | Dividend of 10.514097258% | 6210-000 | | 24,071.51 | 11,327.75 |
| 01/17/17 | 1013 | Diamond McCarthy LLP | Dividend of 10.514097258% | 6220-000 | | 854.53 | 10,473.22 |
| 01/17/17 | 1014 | Franchise Tax Board | Dividend of 10.514097258%, Claim No. 58; Stopped on 04/17/2017 | 6820-000 | | 1,952.26 | 8,520.96 |
| 01/17/17 | 1015 | Peet's Operating Company, Inc. | Dividend of 10.514097258%, Claim No. 59 | 6910-000 | | 1,685.90 | 6,835.06 |
| 01/17/17 | 1016 | Raison d'Etre | Dividend of 10.514097258%, Claim No. 55 | 6910-000 | | 309.46 | 6,525.60 |
| 01/17/17 | 1017 | San Francisco Bay Area Rapid Transit District | Dividend of 10.514097258%, Claim No. 61 | 6920-000 | | 4,224.25 | 2,301.35 |
| 01/17/17 | 1018 | Sunrise Food Dist. Inc. | Dividend of 10.514097258%, Claim No. 51 | 6910-000 | | 606.81 | 1,694.54 |
| 01/17/17 | 1019 | Sunrise Food Distributors, Inc. | Dividend of 10.514097258%, Claim No. 57 | 6910-000 | | 606.81 | 1,087.73 |
| 01/17/17 | 1020 | Sweet Sue's Bakery | Dividend of 10.514097258%, Claim No. 56 | 6910-000 | | 1,087.73 | 0.00 |
| 04/17/17 | 1002 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No. 64; Stopped: Check issued on 01/17/2017 | 2820-000 | | -863.31 | 863.31 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| | |
|---|---|
| **Case Number:** | 14-44242 CN |
| **Case Name:** | Metropolitan Coffee and Concession Company, LLC |
| **Taxpayer ID#:** | **-***7775 |
| **Period Ending:** | 06/07/17 |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Signature Bank |
| **Account:** | ******5150 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/17 | 1014 | Franchise Tax Board | Dividend of 10.514097258%, Claim No. 58; Stopped: Check issued on 01/17/2017 | 6820-000 | | -1,952.26 | 2,815.57 |
| 04/17/17 | 1021 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No. 64 | 2820-000 | | 863.31 | 1,952.26 |
| 04/17/17 | 1022 | Franchise Tax Board | Dividend of 10.514097258%, Claim No. 58 | 6820-000 | | 1,952.26 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 82,311.23 | 82,311.23 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 82,311.23 | 82,311.23 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$82,311.23** | **$82,311.23** | |

Case: 14-44242   Doc# 187   Filed: 06/20/17   Entered: 06/20/17 10:35:51   Page 14 of 15

Exhibit 9

Page: 4

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-44242 CN | | **Trustee:** | Paul J Mansdorf |
| **Case Name:** | Metropolitan Coffee and Concession Company, LLC | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******5169 - Checking |
| **Taxpayer ID#:** | **-***7775 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/07/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/15 | Asset #1 | Wells Fargo Bank | DIP Proceeds subject to Cash Collateral order | 1290-010 | 67,592.88 | | 67,592.88 |
| 06/21/16 | 1001 | SHIER KATZ LLP | Per AP 16-4023 Order Doc. 26 | 3210-000 | | 20,619.00 | 46,973.88 |
| 06/21/16 | 1002 | SHIER KATZ LLP | Per AP 16-4023 Order Doc. 26 | 3220-000 | | 462.29 | 46,511.59 |
| 06/21/16 | 1003 | Clerk, U.S. Bankruptcy Court | Per AP 16-4023 Order Doc. 26 - Interplead with court - creditors are secured claimants against estate but this is their only security | 4210-000 | | 46,511.59 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 67,592.88 | 67,592.88 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 67,592.88 | 67,592.88 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$67,592.88** | **$67,592.88** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5150** | 82,311.23 | 82,311.23 | 0.00 |
| **Checking # ******5169** | 67,592.88 | 67,592.88 | 0.00 |
| | $149,904.11 | $149,904.11 | $0.00 |